George Totsch, Plaintiff-Appellee, v. Roy E. Johnson, and Eileen Johnson, Defendants-Appellants.

Gen. No. 10,047.   (Abstract of Decision.)

Third District.

May 14, 1956.

Released for publication May 31, 1956.

Bellatti, Arnold & Fay, for defendants-appellants; Schimmel & Schimmel, for plaintiff-appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.